400 A.2d 632

Commonwealth v. Sellmon, Jr., Appellant.

Submitted November 14, 1977. Bernard F. Scherer, for appellant; Jon M. Lewis, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 632

Commonwealth v. Steidler, Appellant.

Submitted March 14, 1978. Allen H. Smith, for appellant; Donald L. Reihart, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.